## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ : | |
| COMMONWEALTH LAND TITLE : | |
| INSURANCE COMPANY, : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| v. : | NO. 12-6858 |
| : | |
| WILLIAM RABEH and : | |
| VICTORIA RABEH, : | |
| Defendants : | |
| _____ : | |

## ORDER

**AND NOW**, this     25th     day of July, 2016, upon consideration of Plaintiff's Motion for Summary Judgment (Dkt. No. 23); upon consideration of the Brief in Support of Plaintiff's Motion for Summary Judgment and exhibits thereto (Dkt. Nos. 23-1 and 23-3); upon consideration of Plaintiff's Statement of Material, Undisputed Facts (Dkt. No. 23-2); and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 23) is **GRANTED**.  Judgment is hereby entered in favor of Plaintiff Commonwealth Land Title Insurance Company and against Defendants William Rabeh and Victoria Rabeh, jointly and severally, in the amount of $247,170.94, plus costs in the amount of $575.00.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

 */s/ Henry S. Perkin*_____
HENRY S. PERKIN,
United States Magistrate Judge

---

[1]        The costs awarded in this matter consist of Plaintiff's filing fee for this action ($350.00) and fees for service of the Summons and Complaint upon Defendants ($225.00).